# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-mj-000313 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| BRENT SHROPSHIRE, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on July 23, 2020. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that D efendant be bound over to the grand jury to answer the charge.

July 24, 2020                                                                *s/Sharon L. Ovington*
                                                                                    Sharon L. Ovington
                                                                                    United States Magistrate Judge